# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAD RICE and SHANNON RICE, | )<br>) |
| Plaintiffs, | )  Case No. 2:12-cv-00384-KJD-GWF<br>) |
| vs. | )  **ORDER**<br>) |
| RICHARD G. WINDRUM, JR., individually and as a corporate officer of and BNBLV, INC., and BNBLV, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on March 8, 2012. Defendant filed a Motion to Dismiss (#12) on March 28, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 26, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge